# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff* <br> v. <br> JOHN H. HAMMER, DEIRDRA M. HAMMER, et al, <br> *Defendant* | Civil Action No. 2:21-CV-0199-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Upon the Order Granting Stipulated Partial Judgment, it is ORDERED: (1) John H. Hammer and Deirdra M. Hammer are indebted to the United States for unpaid federal income taxes (Form 1040) for the 2004, 2005, 2006, 2007, 2008, 2009, and 2010 tax years in the amount of $800,130.73, as of October 1, 2021, plus statutory interest and other statutory additions as provided by law. Interest and other statutory additions shall continue to accrue on this amount pursuant to 26 U.S.C. §§ 6601, 6621 and 6622 and 28 U.S.C. §§ 1961(c), until paid; and (2) Federal tax liens, as a result of assessments related to the amounts described in paragraph 2, above, encumber the real property located at 537 N. 3rd Avenue, Okanogan, Washington, 98840 ("Subject Property").

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE

Date: November 19, 2021

CLERK OF COURT

SEAN F. McAVOY

*B. Fortenberry*
*(By) Deputy Clerk*
B. Fortenberry