AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff* <br> v. <br> JOHN H. HAMMER, DEIRDRA M. HAMMER, et al, *Defendant* | Civil Action No. 2:21-CV-0199-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Judgment in a Civil Action at ECF No. 18 is incorporated herein by reference.

The parties' Stipulated Motion Relative Priority of Liens Against Subject Property Between United States, Wells Fargo Home Mortgage, Inc., USAA Federal Savings Bank, and Okanogan County Assessor (ECF No. 21) is GRANTED and Approved.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE .

Date: December 7, 2021

*CLERK OF COURT*

SEAN F. McAVOY

*B. Fortenberry*

*(By) Deputy Clerk*

B. Fortenberry